# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:

**AARON D. PRUDE**                )          Case No. 03-53269

                                                   )          Chapter 13

      Debtor

                                                 )          Judge Marilyn Shea-Stonum

                                                 )          **MOTION TO ALLOW DEBTOR**
                                                         **TO INCUR INDEBTEDNESS**

      Now comes the above-captioned debtor, by and through the undersigned counsel, who prays for the entry of an order permitting him to purchase a 2001 Volkswagon Jetta vehicle and to incur indebtedness to finance the purchase of the same as is referred to in the purchase order. A copy of which is attached hereto as Exhibit A. The debtor would show that he wishes to incur indebtedness in the amount of $9,848.06, which the debtor will pay in monthly installments of $280.00. The debtor would show that he requires this transportation in order to effectuate his Chapter 13 plan. The debtor further would show that he previously has provided to the Chapter 13 Trustee financial information sufficient to satisfy the Trustee that the debtor has the ability to afford this purchase.

      WHEREFORE, the debtor prays for the entry of an order permitting him to purchase and to finance this vehicle as referred to above.

                                                  Respectfully Submitted,

                                                  /s/ Robert M. Whittington, Jr.

                                                  _____
                                                  Robert M. Whittington, Jr., 007851
                                                  Elk, Elk & Whittington
                                                  159 S. Main St., #1023
                                                  Akron, OH 44308
                                                  Voice Mail (330) 384 8484
                                                  Fax (330) 384 8953
                                                  E-Mail elkwhitt@neo.rr.com

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing has been forwarded; postage prepaid, this 16th day of March, 2005, to the following:

Jerome L. Holub, Trustee
159 S. Main Street, Suite 930
Akron, OH 44308

Aaron D. Prude
934 Merton Avenue
Akron, Ohio 44306

Park Auto dba Park Mazda
3363 S. Arlington Road
Akron, Ohio 44312

Office of the United States Trustee
BP America Building, 200 Public Square
20th Floor, #3300
Cleveland, OH 44114-2301

            /s/Robert M. Whittington, Esq.
            _____

# Park Mazda Purchase Agreement

**MAZDA**
3363 S. Arlington Rd. • Akron, OH 44312
Akron (330) 645-7275
Canton (330) 494-0203
Fax: (330) 644-1186
www.parkmazda.com

DATE: March 10, 2005
DEL. DATE: TBA
DEAL NO.: 724 6669

DATE OF BIRTH: 10-14-73
SOCIAL SECURITY NUMBER: 298 70 0384

PURCHASER: Aaron D Prude
HOME PHONE: 330) 724-6669
BUS. PHONE: 330) 535-8___
STREET ADDRESS: 934 Merton Ave
CITY: Akron
COUNTY: Summit
STATE: OH
ZIP CODE: 44306

ENTER MY ORDER FOR ONE: ☐ NEW ☐ USED ☐ CAR ☐ TRUCK ☐ DEMONSTRATOR ☐ FACTORY OFFICIAL CAR ☐ RENTAL VEHICLE AS FOLLOWS:

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | KEY | RADIO |
|---|---|---|---|---|---|---|
| 2001 | Volkswagon | Jetta GLX VR6 | Sedan | Black | | |

SERIAL NO.: 3VWTG69M41M19596

ACCESSORIES: 280 x 60 @ 22.95%

| Item | Amount |
|---|---|
| CASH PRICE OF VEHICLE | 10975.00 |
| ACCESSORIES | |
| LUXURY TAX | |
| DOCUMENTARY FEE | 100.00 |
| Selling Price | 11075.00 |
| TRADE ALLOWANCE | |
| Sub Total | |
| SALES TAX Summit @ 6.75% | 747.56 |
| TITLE FEE | 15.00 |
| LICENSE TRANSFER/30 DAY TAG | 10.50 |
| Sub Total | 11848.06 |
| PAYOFF | |
| Sub Total | |
| PARTIAL PAYMENT | |
| Sub Total | |
| SERVICE CONTRACT | |
| TAX ON SERVICE CONTRACT | |
| Sub Total | |
| C.O.D. | 2000.00 |
| UNPAID BALANCE (AMOUNT FINANCED) | 9848.06 |

**USED VEHICLES ONLY**
AS IS / NO WARRANTY ___
LIMITED WARRANTY ___ DAYS / ___ MILES
CERTIFIED ___
BALANCE, MFG. WARRANTY ___

**NEGATIVE EQUITY:** I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn-in vehicle exceeds the trade-in allowance from Dealer and, as a result, I have requested that the cash price of the vehicle be increased by $___ to cover negative equity form my trade-in/the amount owed on my lease turn-in.
X

**DEPOSIT RECEIPT:** Dealer hereby acknowledges receipt of the sum of $___ as a Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling the described vehicle for ___ days. This Deposit/Partial Payment ☐ IS ☐ IS NOT refundable, subject to the conditions on the reverse side and the following:

**ODOMETER MILEAGE STATEMENT**
THE ODOMETER OF THE ABOVE DESCRIBED VEHICLE NOW READS ___ MILES/KILOMETERS. AND IS ACCURATE UNLESS CHECKED BELOW
☐ Odometer mileage is not accurate
REFER TO THE FEDERAL MILEAGE STATEMENT FOR FULL DISCLOSURE

**TRADE INFORMATION**
Make ___
Year ___
Model ___
Mileage ___
Body ___
Color ___
SERIAL # ___

Payoff Amount ___
Payoff To ___
Loan Acct. Number ___
Good Till ___
A.C.V. $ ___

I authorize Park Mazda to make whatever inquiries it deems necessary in connection with my credit application or in the course of review or collection of any credit extended in reliance upon the application. I authorize and instruct any persons or consumer reporting agency to compile and furnish Park Mazda with any information it may have or obtain in response to such credit inquiries.

SIGNED ___

EXHIBIT A

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALERS, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WITH THE VEHICLE AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT.

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

The front and back of this Agreement and any documents incorporated herein comprise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I have read the terms and conditions printed on the back hereof and agree to them as a part of this Agreement the same as if it were printed above my signature. I certify that I am at least 18 years old, and hereby acknowledge receipt of a copy of this Agreement. THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE.

APPROVED: ___ DEALER OR AUTHORIZED REPRESENTATIVE
SALESPERSON: JR
SIGNED: Aaron D Prude ACCEPTED BY PURCHASER
DATE: 3/10/05

Reynolds and Reynolds NO505144 Q (02/02)