Official Form 6F (10/06)

*AMENDED*

In re  Aaron D. Prude                                        Case No.   03-53269
      Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2985<br>A.T. & T.<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | | | Incurred: 2006<br>Consideration: Telephone service | | | | 312.68 |
| ACCOUNT NO. 0384<br>ACE<br>1480 Brittain Rd.<br>Akron, OH 44310 | | | Incurred: 2007<br>Consideration: Check cashing | | | | 503.00 |
| ACCOUNT NO.<br>ACM<br>1750 Goodyear Blvd.<br>Suite B<br>Akron, OH 44305 | | | Incurred: 2007<br>Consideration: Check cashing | | | | 375.00 |
| ACCOUNT NO.<br>AFNI, Inc.<br>404 Brock Drive<br>P.O. Box 3427<br>Bloomington, IL 61702-3427 | | | Notify regarding Dish Network | | | | Notice Only |

   7   continuation sheets attached                         Subtotal ▶   $   1,190.68

                                                           Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)
Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.0-680 - 30841

*Amended*

In re  Aaron D. Prude
      **Debtor**

Case No. 03-53269
    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2301<br>Akron Utilities Bureau<br>P.O. Box 3665<br>Akron, OH 44309 | | | Incurred: 2006<br>Consideration: Water/sewer | | | | 199.79 |
| ACCOUNT NO.<br>Alliance One Inc.<br>1684 Woodlands Drive, #150<br>Maumee, OH 43537 | | | Incurred: 2006<br>Notify regarding Ohio Edison | | | | Notice Only |
| ACCOUNT NO. 4985<br>Allied Interstate<br>P.O. Box 361477<br>Columbus, OH 43263 | | | Consideration: NSF charges<br>Collecting for National City Bank of Ohio | | | | 662.69 |
| ACCOUNT NO.<br>Brent E. Baker, Esq.<br>11 Federal Plaza Central<br>Youngstown, OH 44503 | | | Notify regarding Buckeye State Credit Union | | | | Notice Only |
| ACCOUNT NO.<br>Buckeye State Credit Union<br>c/o Fidelity Collections<br>P.O. Box 2055<br>Alliance, OH 44601 | | | Incurred: 2005<br>Consideration: Personal loan | | | | 608.00 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,470.48

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**



In re  Aaron D. Prude                              ,          Case No.  03-53269
           **Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Buckeye State Credit Union<br>P.O. Box 848 Merton Avenue<br>Akron, OH 44309 | | | Incurred: 2005<br>Consideration: Personal loan | | | | 642.26 |
| ACCOUNT NO.<br>CBE Group<br>P.O. Box 900<br>Waterloo, IA 50704 | | | Notify regarding Dominion | | | | Notice Only |
| ACCOUNT NO. 9067<br>Certegy Payment Recovery<br>11601 Roosevelt Blvd.<br>St. Petersburg, FL 33716 | | | Consideration: NSF Check | | | | 30.00 |
| ACCOUNT NO. 2066, 1971, 8863<br>Certegy Payment Recovery<br>c/o Law Offices of Bennett & DeLoney<br>P.O. Box 190<br>Midvale, UT 84047-0190 | | | Incurred: 2006<br>Consideration: NSF check collection | | | | 151.00 |
| ACCOUNT NO.<br>Check Into Cash<br>1494 S. Arlington Road<br>Akron, OH 44306 | | | Incurred: 2006 | | | | 575.00 |

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,398.26

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

*Amended*

In re  Aaron D. Prude                              ,    Case No.  03-53269
        **Debtor**                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5927<br>Check Into Cash<br>c/o Credit Collection Service<br>2 Wells Avenue<br>Newton, MA 02459 | | | Consideration: Check cashing | | | | 500.00 |
| ACCOUNT NO.<br>Checksmart<br>1287 S. Arlington<br>Akron, OH 44306 | | | Incurred: 2006<br>Consideration: Check cashing | | | | 211.00 |
| ACCOUNT NO. 6691<br>Checksmart<br>7001 Post Road, #200<br>Dublin, OH 43016 | | | Incurred: 2006<br>Consideration: Check Cashing | | | | 261.00 |
| ACCOUNT NO.<br>CHMCA Physician Billing<br>326 Locust St. #200<br>Akron, OH 44302 | | | Incurred: 2003<br>Consideration: Medical Services | | | | 50.00 |
| ACCOUNT NO.<br>Cingular Wireless<br>5565 Glenridge Connector<br>Atlanta GA 30349 | | | Incurred: 2005<br>Consideration: Cell phone | | | | 141.00 |

Sheet no. _3_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,163.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

*Amended*

In re  Aaron D. Prude                    ,        Case No. 03-53269
      **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>James L. Colopy, DDS<br>c/o Allied Debt Recovery<br>2000 Warrensville<br>Cleveland, OH 44118 | | | Incurred: 2006<br>Consideration: Dental work | | | | 280.00 |
| ACCOUNT NO.<br>Dish Network<br>c/o Echostar Communications<br>5701 S. Santa Fe<br>Littleton, CO 80120 | | | Incurred: 2005<br>Consideration: Satellite service | | | | 131.00 |
| ACCOUNT NO.<br>Dominion East Ohio<br>P.O. Box 26785<br>Richmond, VA 23261 | | | Incurred: 2007<br>Consideration: Gas utility service | | | | 3,486.00 |
| ACCOUNT NO.<br>ER Solutions<br>500 SW 7th Street<br>Bldg A 100<br>Renton, WA 98055 | | | Notify regarding Dish Network | | | | Notice Only |
| ACCOUNT NO. 1167<br>First American Cash Advance<br>1230 S. Arlington Street<br>Akron, OH 44306 | | | Incurred: 2007<br>Consideration: Check cashing | | | | 460.00 |

Sheet no. 4 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 4,357.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**



In re  Aaron D. Prude                              ,     Case No.  03-53269
                **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jefferson Capital System<br>16 McCleland Road<br>Saint Cloud, MN 56303 | | | Incurred: 2005<br>Consideration: Check cashing | | | | 306.00 |
| ACCOUNT NO.<br>Ohio Edison<br>1910 W. Market St.<br>Akron, OH 44313 | | | Incurred: 2006<br>Consideration: Electric service | | | | 622.66 |
| ACCOUNT NO.<br>Penn Credit Corp.<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | | | Incurred: 2006<br>Notify regarding Ohio Edison | | | | Notice Only |
| ACCOUNT NO.<br>Progressive Insurance<br>6300 Wilson MIlls Rd.<br>Mayfield Village, OH 44143 | | | Incurred: 2005<br>Consideration: Insurance premiums | | | | 221.00 |
| ACCOUNT NO.<br>SBC<br>c/o Allied Interstate<br>3000 Corporate Exc.<br>Columbus, OH 43231 | | | Incurred: 2004<br>Consideration: Telephone service | | | | 202.00 |

Sheet no. __5__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,351.66

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

*Amended*

In re  Aaron D. Prude  ,   Case No.  03-53269
　　　　　　**Debtor**　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7928<br>Law Offices of Smith & Assoc. LLC<br>1000 Abernathy Road<br>Building 400, #155<br>Atlanta, GA 30328-5623 | | | Notify regarding T-Mobile | | | | Notice Only |
| ACCOUNT NO.<br>Summa Health System<br>P.O. Box 3597<br>Akron, OH 44309 | | | Incurred: 2005<br>Consideration: Medical Services | | | | 420.00 |
| ACCOUNT NO.<br>Summa Health System<br>P.O. Box 3597<br>Akron, OH 44309 | | | Incurred: 2005<br>Consideration: Medical Services | | | | 75.00 |
| ACCOUNT NO.<br>Summa Health System<br>P.O. Box 3597<br>Akron, OH 44309 | | | Incurred: 2005<br>Consideration: Medical Services | | | | 99.00 |
| ACCOUNT NO.<br>Summa Health System<br>P.O. Box 3597<br>Akron, OH 44309 | | | Incurred: 2005<br>Consideration: Medical Services | | | | 176.00 |

Sheet no. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 770.00

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.0-680 - 30841

**Official Form 6F (10/06) - Cont.**

*Amended*

In re Aaron D. Prude, Debtor

Case No. 03-53269 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>T-Mobile<br>Bankruptcy Department<br>PO Box 37380<br>Albuquerque, NM 87176 | | | Incurred: 2006<br>Consideration: Cell Phone | | | | 325.53 |
| ACCOUNT NO.<br>T.C. Companiies<br>2117 Lindbergh Ave.<br>Cuyahoga Falls, OH 44223 | | | Notify regarding Children's Hospital | | | | Notice Only |
| ACCOUNT NO.<br>United Collection Bureau<br>5620 Southwyck Blvd., #206<br>Toledo, OH 43614-1501 | | | Notify regarding Summa accounts | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 325.53

Total $ 12,026.61

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6 - Summary (10/06)**



# United States Bankruptcy Court
Northern District of Ohio

In re  Aaron D. Prude  
 Debtor

Case No.  03-53269  
Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | NO | 0 | $ 0.00 | | |
| B – Personal Property | NO | 0 | $ 0.00 | | |
| C – Property Claimed as exempt | NO | 0 | | | |
| D – Creditors Holding Secured Claims | NO | 0 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 12,026.61 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 10 | $ 0.00 | $ 12,026.61 | |

United States Bankruptcy Court
Northern District of Ohio

**AMENDED**

In re: Aaron D. Prude  
Debtor

Case No. 03-53269  
Chapter 7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20) | $ 0.00 |

**State the Following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | $ 0.00 |
| 4. Total from Schedule F | $ 12,026.61 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | $ 12,026.61 |