IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DATE: June 29, 2007  CASE NO. 03-53269

NAME OF DEBTOR: AARON D. PRUDE

(X) CHANGE OF ADDRESS

ADDRESS TO BE CHANGED ON MATRIX: RESIDENCE ADDRESS OF DEBTOR, ADD NEW ADDRESS:

**AARON D. PRUDE
2069 SYCAMORE STREET
AKRON, OH 44301
330-724-1354**

## EFFECTIVE IMMEDIATELY

HOW NOTIFIED:  NOTIFIED BY WHOM:
(X) PHONE CALL  (X) DEBTOR
( ) AT COUNTER  ( ) ATTORNEY FOR DEBTOR
( ) AT MEETING OF CREDITORS  ( ) CREDITOR

/s/ Robert M. Whittington, Jr.

_____
Robert M. Whittington, Jr., 007851
Attorney for Debtor
Elk, Elk & Whittington
159 S. Main Street, #1023
Akron, OH 44308
Phone: 330-384-8484
Fax: 330-384-8953
E-Mail: elkwhitt@neo.rr.com